| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | for the WESTERN DISTRICT of WASHINGTON |

| | |
|---|---|
| MAURICE TERRY,<br><br>                    Plaintiff,<br><br>          vs.<br><br>MICHAEL CHERTOFF, et al.,<br><br>                    Defendant. | C05-1221 RSL<br><br>**MINUTE ORDER** |

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Robert S. Lasnik, United States District Judge.

    All future documents filed in this case must bear the cause number C05-1221 RSL and bear the Judge's name in the upper right hand corner of the document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated this 24th day of August, 2005


BRUCE RIFKIN
Clerk of Court


by: /S/   PETER H. VOELKER
        Peter H. Voelker, Deputy Clerk