UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
MAURICE TERRY,

               Plaintiff,

     v.

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and ROBERT J. OKIN, District Director of United States Citizenship and Immigration Services, Seattle District, Department of Homeland Security,

               Defendants.
_____

No. C05-1221RSL

ORDER STRIKING NOTICE OF
WITHDRAWAL OF COUNSEL

     This matter comes before the Court on attorney Hector Steele Rojas' "Notice of Withdrawal of Counsel" for plaintiff (Dkt. #25).  Pursuant to Local General Rule 2(g)(4)(A), "[n]o attorney shall withdraw an appearance in any cause, civil or criminal, except by leave of court."  Leave of court has not been requested or granted, therefore Mr. Rojas' notice is ineffective and is hereby STRICKEN.

     DATED this 21st day of November, 2006.

                                                 /s/ Robert S. Lasnik
                                                 Robert S. Lasnik
                                                 United States District Judge