1

2

3

4

5

6          UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8   _____
                                            )
9   MAURICE TERRY,                          )
                                            )          No. C05-1221RSL
                    Plaintiff,              )
10                                          )
            v.                              )
11                                          )          ORDER STRIKING PLAINTIFF'S
    MICHAEL CHERTOFF, Secretary of the      )          MOTION AND PROPOSED ORDER
12  Department of Homeland Security, and    )          FOR WITHDRAWAL OF COUNSEL
    ROBERT J. OKIN, District Director of    )
13  United States Citizenship and Immigration )
    Services, Seattle District, Department of )
14  Homeland Security,                      )
                                            )
15                  Defendants.             )
    _____)

16

17      This matter comes before the Court on "Plaintiff's Motion and Proposed Order for

18  Withdrawal of Counsel" (Dkt. #27).  Under Local General Rule 2(g)(4)(A), "A motion for

19  withdrawal shall be noted in accordance with CR 7(d)(2) . . . and shall include a certification

20  that the motion was served on the client and opposing counsel."  Here, plaintiff's counsel,

21  Hector Steele Rojas, did not note the motion in accordance with CR 7(d)(2), nor did he include a

22  certification that the motion was served on his client and opposing counsel.  Accordingly,

23  plaintiff's motion (Dkt. #27) is hereby STRICKEN because it does not comply with Local

24  General Rule 2(g)(4)(A).  Plaintiff's counsel is strongly urged to comply with the local rules in

25

26  ORDER STRIKING PLAINTIFF'S
    MOTION AND PROPOSED ORDER
    FOR WITHDRAWAL OF COUNSEL

1    any subsequent request for withdrawal.[1]

2

3         DATED this 1st day of December, 2006.

4

5                                    *MM S Lasnik*

6                                    Robert S. Lasnik
                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    _____
       [1] This is the second time plaintiff's counsel has failed to comply with Local General Rule
25    2(g)(4)(A) in this case.  See Dkt. #26 (Order Striking Notice of Withdrawal of Counsel).

26    ORDER STRIKING PLAINTIFF'S
       MOTION AND PROPOSED ORDER
       FOR WITHDRAWAL OF COUNSEL              -2-